IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEONARD LUCERO,

    Plaintiff,

v.                                                     20-cv-1238 MV/JHR

TRAVELERS COMMERCIAL
INSURANCE COMPANY,

    Defendant.

## MEMORANDUM OPINION AND ORDER

THIS MATTER comes before the Court *sua sponte*. On December 16, 2022, the Court entered a Memorandum Opinion and Order ("Order") [Doc. 29], in which the Court granted Travelers Commercial Insurance Company's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Doc. 11] but gave Mr. Lucero 45 days within which to file a Rule 15 motion for leave to amend. The Order indicated that if Mr. Lucero did not file such a motion, this action would be dismissed. To date, Mr. Lucero has not filed a motion for leave to amend or otherwise communicated with the Court. More than 45 days have passed since the Order was entered. Accordingly, this action is now subject to dismissal.

**IT IS THEREFORE ORDERED** that this action is hereby dismissed, and a separate judgment will be entered.

_____
MARTHA VÁZQUEZ
Senior United States District Judge